UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

KEVIN BRIGGS,

    Petitioner,

    v.

STATE OF CALIFORNIA,

    Respondent.

No. C 15-1853 NJV (PR)

**ORDER OF DISMISSAL**

This case was opened when petitioner wrote a letter to the court regarding a habeas petition. Petitioner sought a stay but did not filed a petition. In an effort to protect Petitioner's rights, the court opened a new case. Petitioner was informed that he had not filed a petition and was given twenty-eight days to do so. A copy of the court's habeas corpus form was provided along with a return envelope.

Petitioner has not filed a petition and a brief letter with no details is insufficient to warrant a stay.[1] This case is therefore **DISMISSED** without prejudice and a certificate of appealability is **DENIED**. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 1, 2015.

NANDOR J. VADAS
United States Magistrate Judge

---

[1] It did not appear that petitioner had exhausted any claims and a fully unexhausted federal habeas petition may not be stayed and must be dismissed. *See, e.g., Rasberry v. Garcia*, 448 F.3d 1150, 1154 (9th Cir. 2006).